United States District and Bankruptcy Courts for the District of Columbia

Loretta E League
2000 Pennsylvania Ave
P.O. Box 371
Washington, DC 20006
United States
cfpo1962@gmail.com

Case: 1:19-cv-02517
Assigned To : Mehta, Amit P.
Assign. Date : 8/20/2019
Description: Pro Se General (F-DECK)

Vs

World Wide Property Hub, LLC, Gordon Feldbaum & Centora, Bruce Lee Feldbaum, Mark Centora and Alvin A Gordon each in their personal and Professional capacity

22 North Front St
Suite 1055
Memphis, TN 38103

Lou E. League

IN THE SHELBY COUNTY COURT
OF GENERAL SESSIONS

IN RE: NO.: 2007562

WORLDWIDE PROPERTY HUB, LLC, GORDON )
FELDBAUM & CANTORA, BRUCE LEE )
FELDBAUM, MARK CANTORA and ALVIN A )
GORDON each in their personal and )
professional capacity, )
)
*Alleged Plaintiff,* )
)
vs. )
)
~~UNITED STATES~~ and LORETTA E LEAGUE )
*Consumers in Error*

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 15 U.S. Code § 1692k(d), 28 U.S. Code § 1347, 28 U.S. Code § 1404 and 28 U.S. Code § 1442, LORETTA E LEAGUE and UNITED STATES, have filed in the United States District Court District of Columbia a Notice of Removal, a true and correct copy of which is attached hereto as **Exhibit 1.**

Accordingly, pursuant to 15 U.S. Code § 1692k(d), 28 U.S. Code § 1347, 28 U.S. Code § 1404 and 28 U.S. Code § 1442, the above-styled action is now removed and the Shelby County Court of General Sessions is divested of jurisdiction over further proceedings.

CONSUMER will conclude its enforcement action in the appropriate United States district court. On this 222nd day, in the Year two thousand and nineteen @ 12:14 local time

*Loretta E. League*
_____

LORETTA E LEAGUE, 15 U.S. Code § 1692a(3) and 15 U.S. Code § 1692c(d)
2000 Pennsylvania Ave
P.O. BOX 371
[Washington, DC 20006}
UNITED STATES
Cfpo1962@gmail.com

CERTIFICATE OF SERVICE

NOTICE OF REMOVAL/CONSUMER FINANCIAL LAW VIOLATIONS

CERTIFICATE OF SERVICE

I certify that the above document styled NOTICE OF REMOVAL was served upon the Alleged Plaintiffs and Others named below by Express or US First Class Mail;

SHELBY COUNTY GENERAL SESSIONS
C/O EDWARD L. STANTAN, JR OR COURT CLERK
140 ADAMS AVENUE
ROOM 106
MEMPHIS, TN 38103

GORDON, FELDBAUM & CANTORA
ATTN: BRUCE L FELDBAUM, MARK CANTORA or ALVIN GORDON
22 NORTH FRONT ST
SUITE 1055
MEMPHIS, TN 38103

*Loretta E. League*
LORETTA E LEAGUE

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WORLDWIDE PROPERTY HUB, LLC, GORDON FELDBAUM & CANTORA, BRUCE LEE FELDBAUM, MARK CANTORA and ALVIN A GORDON each in their personal and professional capacity,**<br><br>*Alleged Plaintiff,*<br><br>vs.<br><br>~~UNITED STATES~~ and **LORETTA E LEAGUE**<br>*Consumers in Error* | No.: _____<br><br>From the Shelby County Court of General Sessions<br>File # 2007562 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 15 U.S. Code § 1692k(d), 28 U.S. Code § 1347, 28 U.S. Code § 1404 and 28 U.S. Code § 1442, LORETTA E LEAGUE and UNITED STATES submit this Notice of Removal from the Shelby County Court of General Sessions and respectfully state as follows:

1. On August 14, 2019 alleged Plaintiff WORLDWIDE PROPERTY HUB, LLC, GORDON FELDBAUM & CANTORA, BRUCE LEE FELDBAUM, MARK CANTORA and ALVIN A GORDON each in their personal and professional capacity (hereinafter "Plaintiff") filed this action in the Shelby County Court of General Sessions.

2. This removal is timely because alleged Defendants have filed this notice within 30 days of service on the last-served alleged defendant.

3. Attached as **EXHIBIT A** is a copy of all process, pleadings, and orders served upon alleged Defendants.

## JURISDICTION AND VENUE

4. As the State Court Action was filed, and is currently pending, in the Shelby County Court of General Sessions, this District is the proper Jurisdiction and Venue for this action upon removal pursuant to 15 U.S. Code § 1692k(d), 28 U.S. Code § 1347, 28 U.S. Code § 1404 and 28 U.S. Code § 1442.

NOW THEREFORE, all alleged parties to the State Court Action pending in the Shelby County Court of General Sessions, file No. 2007562 are hereby notified as follows:

a. Removal of the State Court Action and all claims and causes of action therein is effected upon the filing of a copy of this Notice of Removal with the Clerk of the State Court.
b. The State Court Action is removed from the State Court to this Court.
c. The alleged parties to the State Court Action shall proceed no further in the State Court unless and until the State Court Action is remanded by this Court.

CONSUMER will conclude its enforcement action in the appropriate United States district court. On this 222nd day, in the Year two thousand and nineteen @ 12:14 local time

*Loretta E. League*

LORETTA E LEAGUE, *RELATOR*
 15 U.S. Code § 1692a(3) and 15 U.S. Code § 1692c(d)
2000 Pennsylvania Ave
P.O. BOX 371
[Washington, DC 20006}
UNITED STATES
Cfpo1962@gmail.com

CERTIFICATE OF SERVICE

I certify that the above document styled NOTICE OF REMOVAL was served upon the Alleged Plaintiffs and Others named below by Express or US First Class Mail;

SHELBY COUNTY GENERAL SESSIONS
C/O EDWARD L. STANTON JR. OR COURT CLERK
140 ADAMS AVENUE
ROOM 106
MEMPHIS, TN 38103

GORDON, FELDBAUM & CANTORA
ATTN: BRUCE L FELDBAUM, MARK CANTORA or ALVIN GORDON
22 NORTH FRONT ST
SUITE 1055
MEMPHIS, TN 38103

*Loretta E. League*
LORETTA E LEAGUE
15 U.S. Code § 1692a(3) and 15 U.S. Code §1692c(d)

# EXHIBIT A

**TABITHA JONES TO SERVE**
# IN THE SHELBY COUNTY COURT OF GENERAL SESSIONS

DETAINER WARRANT No. 2001562

**To Any Lawful Officer to Execute and Return:**
STATE OF TENNESSEE, COUNTY OF SHELBY, TO THE SHERIFF OF SAID COUNTY
WHEREAS, Complaint has been made to me by the plaintiff(s), WORLDWIDE PROPERTY HUB, LLC (261-5415) of a certain forcible entry and detainer, or an unlawful detainer, made by the defendant(s) LORETTA E. LEAGUE                                   AND/OR ALL OCCUPANTS
unto certain lands or premises, in this county, described as follows, to wit:
3947 TONYA MARIE LANE, MEMPHIS, TN 38135      to which plaintiff(s) claims the right of possessions, and that defendant(s) unlawfully detain same. **You are therefore commanded** to summon the above named defendant(s) to appear before the Shelby County Court of General Sessions on a __THURSDAY__ at
(day of week)
__1:30 PM_____, to answer to the above complaint and further plea of debt in the amount of SPOSSESSION ONLY plus accrued rent, damages, and attorney fees, possession of the described real property and the cost of the cause, and any other sums which may become due before the hearing of this cause.
Issued_____ day of _____, 20__
**Edward L. Stanton, Jr, General Sessions Clerk** By_____ D.C.

## PLAINTIFF'S ATTORNEY INFORMATION

_GORDON, FELDBAUM & CANTORA_                   _22 NORTH FRONT ST SUITE 1055, MEMPHIS TN 38103_
(Name)                                         (Address)

_G31153_                _29088_                _901-525-5744_                _901-526-3711_
(G.S. Code No.)         (B.P.R. No.)           (Phone Number)                (Fax)

***PLEASE CONTACT THE PROPERTY MANAGER FOR ANY INFORMATION AS TO THE BALANCE DUE OR TO ATTEMPT PAYMENT ARRANGEMENTS AND NOT THE ATTORNEY'S OFFICE.***

## JUDGEMENT

Judgment for the _____ that he/she be restored to the possession of the land or premises described in this warrant, and that a Writ of Possession issue therefore and also for $_____ and cost of the cause, for which let execution issue. Judgment is_____ or is not _____ based on a breach contract for failure to pay rent.
This_____ day of _____, 20___    _____
                                          Judge, Division_____

## OFFICER'S RETURN

Received __14th__ day of __August__, 20__19__, Executed __14th__ day of __August__, 20__19__
ON AN ADULT PERSON FOUND IN POSSESSION OF PREMISES, WHO GAVE THE NAME OF
__POST__
AND SERVING NOTICE THAT THE CASE IS SET FOR TRIAL BEFORE THE COURT OF GENERAL SESSIONS ON:
**COURT HEARING DATE AND TIME**
**ANY THURSDAY**, THE __22nd__ DAY OF __August__, 20__19__ **AT 1:30 P.M.**
(day of week)                                                 (10:00 am or 1:30 PM)

ROOM 106, SHELBY COUNTY COURTHOUSE, 140 ADAMS AVENUE, MEMPHIS TENNESSEE 38103
FLOYD BONNER, JR., SHERIFF By __Tabitha Jones_____ P.P.S.

## NOTICE TO DEFENDANT(S)

NOTICE: Pursuant to Chapter 915 of the Public Acts of 1978, you are hereby given the following notice: Tennessee Law provides a Ten Thousand Dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a Judgment. If a Judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary, or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the Family Bible and school books. Should any of these be seized, you may have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek counsel of a lawyer.

## NOTICE TO THE DEFENDANT(S)

Please be advised that the Law Offices of Gordon, Feldbaum & Cantora, have been retained to file this action for the monetary amount as indicated on the Detainer Warrant, as well as other relief. This notice is given to you consistent with the provisions of the Consumer Credit Protection Act and the Fair Debt Collection Practices Act as codified in Title 15, United States Code, Section 1601, et seq.

Pursuant to the above set out Federal Statutes, you have thirty (30) days from receipt of this document to forward to this Law Office your written dispute of the validity of this debt, or any portion thereof. Your failure to properly and timely give written notice of such dispute will result in our assumption that said debt is valid and correct.

If, however, within the thirty (30) day period as provided by law we receive your written notice of dispute, this Law Office will then obtain from our client either verification of the subject debt, or a copy of the Judgment which has heretofore been judicially rendered against you. Same will be forwarded to you by United States Mail at the address listed in your notice of dispute.

Further, upon your written request, within thirty (30) days of your receipt of this document, this Law Office will provide you with the name and address of the original creditor, if same is different from the current creditor.

Finally, you should be fully aware that although, as above indicated, you are afforded a time period to notify us of written dispute and/or to request further information pertaining to the original creditor, this correspondence shall NOT be construed by you as indicating that this Law Office will not proceed to final Judgment in a case filed and which is being delivered to you with this correspondence. It is our duty to expeditiously resolve this debt on behalf of our client, and we will do so in compliance with the Law.

If, upon receipt of this correspondence, you wish to make appropriate financial arrangements to pay the foregoing debt, please contact the _PROPERTY MANAGER FOR THE PLAINTIFF SO THAT FURTHER LEGAL STEPS TOWARDS COLLECTION CAN BE AVOIDED._

## FAIR DEBT COLLECTION NOTICE

The Plaintiff named in this lawsuit has placed your account for collection and legal proceedings. Unless you dispute the debt or any portion thereof within thirty (30) days from the date you received this Summon, the debt will be assumed to be valid. If you notify the attorney for the Plaintiff within a thirty (30) day period that you dispute the debt or any portion thereof and request verification, verification of the debt or a copy of the Judgment will be forwarded. However, notwithstanding the claim for verification, the lawsuit will be pursued at this time.

THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

FOR ASSISTANCE:     Tom Stone
(901) 378-7890
Email: stone-t@shelby.tn.us

